Kristin F. Ruether (*ISB # 7914*)
Lauren M. Rule (*ISB # 6863*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
kruether@advocateswest.org
lrule@advocateswest.org

Attorneys for Plaintiff Western Watersheds Project

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DAVID ROSENKRANCE**, et al. ) <br> Challis Field Office; and **BUREAU OF** ) <br> **LAND MANAGEMENT**, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 09-cv-365-E-BLW <br><br> **PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS** |

Plaintiff Western Watersheds Project ("Western Watersheds") respectfully moves this Court for an award of reasonable attorneys' fees and litigation expenses that it has incurred to date in its successful prosecution of this matter against Defendants David Rosenkrance *et al*.

The Court is authorized to award Western Watersheds its reasonable attorney fees and litigation expenses against BLM in this case pursuant to the Equal Access to Justice Act (EAJA), which provides:

WESTERN WATERSHEDS' MOTION FOR ATTORNEYS' FEES AND LITIGATION
COSTS - 1

> Except as otherwise specifically provided by statute, a court shall award to the prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A).

Western Watersheds is entitled to recovery of reasonable attorney fees and litigation expenses incurred in this matter under EAJA, because Western Watersheds is an eligible party as defined under EAJA; Western Watersheds is the prevailing party in this litigation, including by having the Court grant summary judgment in its favor; there are no special circumstances that would make an award unjust; and Defendants' position was not substantially justified.

Pursuant to EAJA, Western Watersheds requests an award of attorney fees and litigation costs incurred to date in their successful prosecution of this litigation, based on the "lodestar" approach for fees (i.e., the reasonable time expended by their counsel at the reasonable market rates set forth below) and based on the actual litigation expenses incurred as follows:

**Attorney Fees**

| | | |
|---|---|---|
| Kristin F. Ruether: | 255.1 hrs x $ 185/hr = | $ 47,193.50 |
| Lauren M. Rule: | 30.9 hrs x $ 250/hr = | $ 7,725.00 |
| Laird J. Lucas: | 13.9 hrs x $ 300/hr = | $ 4,170.00 |
| Litigation expenses (filing fee): | | $ 350.00 |
| **Total Fees and Expenses:** | | **$ 59,438.50** |

An attached declaration of Kristin F. Ruether includes the itemized breakdown of time. Western Watersheds will provide further briefing, declarations, timesheets, and other documents in support of this motion, consistent with the agreement of the parties. Specifically, Western Watersheds and Defendants have separately agreed to stay this motion for 45 days in order to try to reach settlement and avoid litigating this matter.

WESTERN WATERSHEDS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS - 2

WHEREFORE, Western Watersheds respectfully prays that the Court grant this motion; and award Western Watersheds its attorneys fees and litigation expenses in the amount of $**59,438.50** for the fees and expenses they have reasonably incurred to date in this action.

DATED this 18th day of October, 2010.    Respectfully submitted,

/s/ Kristin F. Ruether

_____

Kristin F. Ruether
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2010, I caused the foregoing MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the opposing counsel of record listed below:

• Deborah Ferguson  Deborah.Ferguson@usdoj.gov

/s/ Kristin F. Ruether

_____

Kristin F. Ruether
Attorney for Plaintiff

WESTERN WATERSHEDS' MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS - 3