Kristin F. Ruether (*ISB # 7914*)
Lauren M. Rule (*ISB # 6863*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
kruether@advocateswest.org
lrule@advocateswest.org

Attorneys for Plaintiff Western Watersheds Project

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, ) | No. 09-cv-365-BLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                      ) | **STIPULATED LITIGATION** |
| ) | **PLAN FOR ATTORNEY FEES** |
| **DAVID ROSENKRANCE**, Field Manager,) | |
| Challis Field Office; and **BUREAU OF** ) | |
| **LAND MANAGEMENT**,            ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Counsel for both Plaintiff Western Watersheds Project and Defendants Rosenkrance *et al.*
have consulted and agreed upon the following schedule and litigation plan for Plaintiff's motion
for attorney fees and litigation costs [43].

Plaintiff will file its opening brief in support of its motion for attorney fees and litigation
costs by January 26, 2011.

Defendants will file their brief in opposition by February 23, 2011.

Plaintiff will file its reply brief by March 16, 2011.

STIPULATED LITIGATION PLAN–1

Dated this 22nd day of December, 2010.

Respectfully submitted,

/s/ Kristin F. Ruether
_____

Kristin F. Ruether
Advocates for the West
kruether@advocateswest.org

Attorney for Plaintiff WWP

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2010, I caused the foregoing STIPULATED LITIGATION PLAN FOR ATTORNEY FEES to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the opposing counsel of record listed below:

• Deborah Ferguson   Deborah.Ferguson@usdoj.gov

/s/ Kristin F. Ruether
_____

Kristin F. Ruether
Advocates for the West
kruether@advocateswest.org

Attorney for Plaintiff WWP